IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| LORI A. McREYNOLDS, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 3:09-cv-1047-MJR-DGW |
| COMMISSIONER OF SOCIAL SECURITY, | ) |
| Defendant. | ) |

**ORDER**

Now pending before the Court is a Motion to Substitute Party filed by Claimant Lori A. McReynolds. The motion informs the Court that Claimant McReynolds died on December 5, 2010. The motion asks that Brandon Craig, the adult son of Claimant, be substituted for Claimant in this action. Pursuant to Fed. R. Civ. P. 25, the motion is **GRANTED**. Brandon Craig is hereby **SUBSTITUTED** for Lori A. McReynolds as Plaintiff in this proceeding.

**IT IS SO ORDERED.**

**DATED: May 20, 2011**

**DONALD G. WILKERSON**
**United States Magistrate Judge**